B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>DEPARTMENT OF WORKFORCE SERVICES | **DEFENDANTS**<br>Jerry D. Johnson<br><br>FILED<br>U.S. BANKRUPTCY COURT<br>EAST & WEST DISTS OF AR<br>AUG 18 2014<br>JEAN ROLFS, CLERK by |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>ROGER B. HARROD | **ATTORNEYS** (If Known)<br>FORREST L. STOLZER |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Defendant made false statements and representations in order to receive unemployment benefits. His claims were determined by the Department to be fraudulent and an overpayment was established.

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 11,017.18 |
| Other Relief Sought | |

Entered On Docket: 08/18/2014

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Jerry D. Johnson | BANKRUPTCY CASE NO.<br>5:13-70187 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western | DIVISION OFFICE | NAME OF JUDGE<br>Ben Barry | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE<br>Ben Barry |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE<br>8/18/2014 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Roger B. Harrod | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

ARKANSAS DEPARTMENT OF WORKFORCE SERVICES                               PLAINTIFF
                       NO.   5:13-BK-70187
V.                     ADVERSARY NO.

JERRY D. JOHNSON                                                        DEFENDANT

## A COMPLAINT TO ESTABLISH NON-DISCHARGEABILITY OF DEBT

Comes now the Plaintiff, and for its complaint, alleges and states that: Defendant filed herein a petition in bankruptcy seeking discharge of debt under Chapter 7 of the Bankruptcy Code. The Case no. is: 5:13-bk-70187.

1. Defendant filed a list of creditors that included Plaintiff, herein, but failed to give notice to Plaintiff of such proceedings. Nor did Plaintiff otherwise receive notice of the filing, until 2014.

2. Plaintiff, having received no notice of bankruptcy filing in the above styled matter, proceeded to intercept Defendant's 2012 income tax refund for application to its debt.

3. Defendant filed for and was paid unemployment benefits beginning the week ending October 30, 2004, and for several weeks thereafter, continuing through the week ending April 28, 2005. For each of the weeks claimed, Defendant under reported his earnings, making him ineligible for unemployment benefits for those weeks. See attachments 1-5.

4. Only now, after the above styled case has been re-opened, has Plaintiff been given an opportunity to present its case for non-dischargeability to this court.

5. 11 USCS Section 523(b)(2)(A) provides that a debt in Bankruptcy under section 727 is not discharged if obtained "(2) for money, property, services, ……………..to the extent obtained,

by (A) false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition."

6. Defendant was notified of his overpayment, and of the finding of fraud, in connection with the overpayment. This was an administrative finding. See attachments 1-5. The time for his appeals has run, and the Plaintiff has filed its lien against Defendant, which lien has the same force and effect of a judgment in Circuit Court. See A.C.A. 11-10-532(d).

WHEREFORE, Plaintiff prays that this Court find that the unemployment benefits paid to Defendant for the weeks beginning with the week ending on October 30, 2004, and ending on the week ending on April 28, 2005, were obtained fraudulently and are, therefore, not subject to discharge in a Chapter 7 bankruptcy, pursuant to 11 USCS Section 523(b)(2)(A), for costs herein expended, and for all other just and proper relief.

Respectfully Submitted,

/s/Roger B. Harrod, 74071
General Counsel,
Department of Workforce Services
P.O. 8040
Little Rock, AR 72203
Phone: (501) 682-3151
Fax: (501) 682-3124

### CERTIFICATE OF SERVICE

I, Roger B. Harrod, certify that on this date, August 18, 2014, I have served a true and correct copy of the above and foregoing Complaint by placing same in the United States Mail, postage prepaid to the following parties:

Terry Lee, Chapter 7 Trustee  
106 S. Broadway St.  
Siloam Springs, AR 72761

Forrest L. Stolzer  
Wayne Young Law Firm P.A.  
3561 N. College Ave.  
Fayetteville, AR 72701

/s/Roger B. Harrod, 74071

RCH

| ARKANSAS DEPARTMENT OF WORKFORCE SERVICES | Local Office No.: 0050 | Benefit Year: 044 |
|---|---|---|

**NOTICE OF FRAUD OVERPAYMENT DETERMINATION**  Overpayment Code: 071-F-01
BENEFIT PAYMENT CONTROL
POST OFFICE BOX 8060                           Social Security Number: **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**
LITTLE ROCK, ARKANSAS 72203

**Name:** JERRY JOHNSON                        Street Address: P.O. BOX 7743
**City:** SPRINGDALE                State: AR              Zip Code: 72766

**STATEMENT OF LAW:** Section 11-10-532(a) of the Arkansas Department of Workforce Services Law provides that any person who knowingly makes a false statement of material fact or knowingly fails to disclose a material fact, and as a result of either such action has received benefits to which he was not entitled, such person shall be liable to repay such amount to the Fund.

**DETERMINATION:** As a result of a disqualification under ESD-Ark **ACA 11-10-519(2)(A)D**; and ESD-Ark_____, and in accordance with Section 11-10-532(a) it is determined that you have been overpaid benefits for the week(s) listed below.

**WARNING:** FRAUD IS A CRIME punishable by fine and possible imprisonment!! Please take this notice seriously!! WE DO!!

| WEEK ENDING | WAGES REPORTED | WAGES EARNED | BENEFITS PAID | BENEFITS DUE | OVERPAID |
|---|---|---|---|---|---|
| 10-16-04 | 120.00 | 174.00 | VWP | | VWP |
| 10-30-04 | 298.00 | 454.20 | 136.00 | 0.00 | 136.00 |
| 11-06-04 | 190.00 | 219.60 | 244.00 | 0.00 | 244.00 |
| 11-13-04 | 170.50 | 378.20 | 263.00 | 0.00 | 263.00 |
| 11-27-04 | 80.00 | 211.40 | 310.00 | 0.00 | 310.00 |
| 12-11-04 | 190.00 | 328.00 | 244.00 | 0.00 | 244.00 |
| 12-25-04 | 90.00 | 241.40 | 310.00 | 0.00 | 310.00 |
| 01-01-05 | 120.00 | 333.20 | 310.00 | 0.00 | 310.00 |
| 01-15-05 | 60.00 | 65.40 | 310.00 | 0.00 | 310.00 |
| TOTAL OVERPAID | ......... | ......... | ......... | ......... | $SEE PG 2 |

**The Law requires repayment of this overpayment.** Payment should be made by Money Order or Cashier's Check payable to the "Department of Workforce Services" and mailed to the Benefit Payment Control Section at the above address. If payment is made by check, a penalty will be assessed against you of ten dollars ($10) or ten percent (10%) of the face amount for any check returned by the bank due to insufficient funds.

Once the overpayment becomes final pursuant to §11-10-527, the amount owed shall accrue interest at the rate of one and one-half percent (1.5%) per month beginning thirty (30) days after the date of the first billing statement. In addition, beginning on July 1, 2001, a penalty of ten percent (10%) of the amount of the overpayment at the time the overpayment becomes final shall be assessed on fraud overpayments. However, this penalty shall be waived in the event that the overpayment is repaid within one (1) year after the established date.

Unless repaid, the overpayment may be deducted from future benefits or collected through court proceedings. In addition, ACA 11-10-532(C) provides that any state income tax refund to which you are entitled may be intercepted and applied to this overpayment. This is pursuant to Arkansas Code beginning at §26-36-301 as administered by the Revenue Division of the Department of Finance and Administration. If this overpayment is not repaid during the calendar year, we are required to report the overpayment to the Internal Revenue Service. **A.C.A.§11-10-532(d) provides once the overpayment becomes final if you do not pay the total amount owed, the overpayment amount will become a lien on your real and personal property.**

**APPEAL RIGHTS:** The Arkansas Department of Workforce Services Law provides that a party entitled to this notice may file an appeal within **20 days** after the mailing of this notice to his last known address. An appeal may be filed by either completing a written appeal form (*which may be obtained from any Department of Workforce Services office*) or by writing to the Arkansas Appeal Tribunal, P.O. Box 8013, Little Rock, AR 72203. If an appeal is filed, please attach a copy of this form to the appeal letter. All correspondence relating to an appeal should include the claimant's social security number. If any a[p]... claimant should continue to file weekly claims while unemployed to protect his benefit...

**DATE MAILED:** MARCH 24, 2006         DWS-Ark-526F (Rev. 09-05)

EXHIBIT 1

ARKANSAS DEPARTMENT OF WORKFORCE SERVICES  Local Office No: 0054   RCH   Benefit Year: 044

**NOTICE OF FRAUD OVERPAYMENT DETERMINATION**   Overpayment Code: 071-F-01

BENEFIT PAYMENT CONTROL
POST OFFICE BOX 8060
LITTLE ROCK, ARKANSAS 72203

Social Security Number: **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**

**Name:** JERRY JOHNSON              Street Address: P.O. BOX 7743

**City:** SPRINGDALE              State: AR         Zip Code: 72766

**STATEMENT OF LAW:** Section 11-10-532(a) of the Arkansas Department of Workforce Services Law provides that any person who knowingly makes a false statement of material fact or knowingly fails to disclose a material fact, and as a result of either such action has received benefits to which he was not entitled, such person shall be liable to repay such amount to the Fund.

**DETERMINATION:** As a result of a disqualification under **ESD-Ark ACA 11-10-519(2)(A)D;** and **ESD-Ark**_____, and in accordance with Section 11-10-532(a) it is determined that you have been overpaid benefits for the week(s) listed below.

**WARNING:** FRAUD IS A CRIME punishable by fine and possible imprisonment!! Please take this notice seriously!! WE DO!!

| WEEK ENDING | WAGES REPORTED | WAGES EARNED | BENEFITS PAID | BENEFITS DUE | OVERPAID |
|---|---|---|---|---|---|
| 01-22-05 | 120.00 | 307.20 | 310.00 | 0.00 | 310.00 |
| 01-29-05 | 110.00 | 299.00 | 310.00 | 0.00 | 310.00 |
| 02-05-05 | 80.00 | 90.20 | 310.00 | 0.00 | 310.00 |
| 02-19-05 | 120.00 | 365.20 | 310.00 | 0.00 | 310.00 |
| 02-26-05 | 160.00 | 327.40 | 274.00 | 0.00 | 274.00 |
| 03-05-05 | 120.00 | 314.00 | 310.00 | 0.00 | 310.00 |
| 03-12-05 | 130.00 | 175.00 | 304.00 | 0.00 | 304.00 |
| 03-19-05 | 140.00 | 225.40 | 294.00 | 0.00 | 294.00 |
| 03-26-05 | 50.00 | 61.60 | 310.00 | 0.00 | 310.00 |
| TOTAL OVERPAID | ......... | .......... | .......... | .......... | $SEE PG 3 |

**The Law requires repayment of this overpayment.** Payment should be made by Money Order or Cashier's Check payable to the "Department of Workforce Services" and mailed to the Benefit Payment Control Section at the above address. **If payment is made by check, a penalty will be assessed against you of ten dollars ($10) or ten percent (10%) of the face amount for any check returned by the bank due to insufficient funds.**

Once the overpayment becomes final pursuant to §11-10-527, the amount owed shall accrue interest at the rate of one and one-half percent (1.5%) per month beginning thirty (30) days after the date of the first billing statement. In addition, beginning on July 1, 2001, a penalty of ten percent (10%) of the amount of the overpayment at the time the overpayment becomes final shall be assessed on fraud overpayments. However, this penalty shall be waived in the event that the overpayment is repaid within one (1) year after the established date.

Unless repaid, the overpayment may be deducted from future benefits or collected through court proceedings. In addition, ACA 11-10-532(C) provides that any state income tax refund to which you are entitled may be intercepted and applied to this overpayment. This is pursuant to Arkansas Code beginning at §26-36-301 as administered by the Revenue Division of the Department of Finance and Administration. If this overpayment is not repaid during the calendar year, we are required to report the overpayment to the Internal Revenue Service. <u>A.C.A.§11-10-532(d) provides once the overpayment becomes final if you do not pay the total amount owed, the overpayment amount will become a lien on your real and personal property.</u>

**APPEAL RIGHTS:** The Arkansas Department of Workforce Services Law provides that a party entitled to this notice may file an appeal within **20 days** after the mailing of this notice to his last known address. An appeal may be filed by either completing a written appeal form (which may be obtained from any Department of Workforce Services office) or by writing to the Arkansas Appeal Tribunal, P.O. Box 8013, Little Rock, AR 72203. If an appeal is filed, please attach a copy of this form to the appeal letter. All correspondence relating to an appeal should include the claimant's social security number. If any ap claimant should continue to file weekly claims while unemployed to protect his benefit r

**DATE MAILED:** MARCH 24, 2006      DWS-Ark-526F (Rev. 09-05)

**EXHIBIT 2**

# NOTICE OF FRAUD OVERPAYMENT DETERMINATION

BENEFIT PAYMENT CONTROL  
POST OFFICE BOX 8060  
LITTLE ROCK, ARKANSAS 72203

Overpayment Code: 071-F-01

Social Security Number: **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**

**Name:** JERRY JOHNSON  Street Address: P.O. BOX 7743

**City:** SPRINGDALE   State: AR   Zip Code: 72766

**STATEMENT OF LAW:** Section 11-10-532(a) of the Arkansas Department of Workforce Services Law provides that any person who knowingly makes a false statement of material fact or knowingly fails to disclose a material fact, and as a result of either such action has received benefits to which he was not entitled, such person shall be liable to repay such amount to the Fund.

**DETERMINATION:** As a result of a disqualification under **ESD-Ark ACA 11-10-519(2)(A)D;** and **ESD-Ark** _____, and in accordance with Section 11-10-532(a) it is determined that you have been overpaid benefits for the week(s) listed below.

**WARNING:** FRAUD IS A CRIME punishable by fine and possible imprisonment!! Please take this notice seriously!! WE DO!!

| WEEK ENDING | WAGES REPORTED | WAGES EARNED | BENEFITS PAID | BENEFITS DUE | OVERPAID |
|---|---|---|---|---|---|
| 04-02-05 | 180.00 | 869.00 | 254.00 | 0.00 | 254.00 |
| 04-09-05 | 180.00 | 336.20 | 254.00 | 0.00 | 254.00 |
| 04-16-05 | 360.00 | 578.40 | 74.00 | 0.00 | 74.00 |
| 04-30-05 | 150.00 | 256.20 | 284.00 | 0.00 | 284.00 |
| 05-07-05 | 240.00 | 456.00 | 194.00 | 0.00 | 194.00 |
| 05-21-05 | 240.00 | 432.60 | 194.00 | 0.00 | 194.00 |
| 05-28-05 | 120.00 | 215.20 | 310.00 | 0.00 | 310.00 |
| **TOTAL OVERPAID** | ......... | ......... | ......... | ......... | **$6423.00** |

**The Law requires repayment of this overpayment.** Payment should be made by Money Order or Cashier's Check payable to the "Department of Workforce Services" and mailed to the Benefit Payment Control Section at the above address. **If payment is made by check, a penalty will be assessed against you of ten dollars ($10) or ten percent (10%) of the face amount for any check returned by the bank due to insufficient funds.**

Once the overpayment becomes final pursuant to §11-10-527, the amount owed shall accrue interest at the rate of one and one-half percent(1.5%) per month beginning thirty (30) days after the date of the first billing statement. In addition, beginning on July 1, 2001, a penalty of ten percent (10%) of the amount of the overpayment at the time the overpayment becomes final shall be assessed on fraud overpayments. However, this penalty shall be waived in the event that the overpayment is repaid within one (1) year after the established date.

Unless repaid, the overpayment may be deducted from future benefits or collected through court proceedings. In addition, ACA 11-10-532(C) provides that any state income tax refund to which you are entitled may be intercepted and applied to this overpayment. This is pursuant to Arkansas Code beginning at §26-36-301 as administered by the Revenue Division of the Department of Finance and Administration. If this overpayment is not repaid during the calendar year, we are required to report the overpayment to the Internal Revenue Service. **A.C.A.§11-10-532(d) provides once the overpayment becomes final if you do not pay the total amount owed, the overpayment amount will become a lien on your real and personal property.**

**APPEAL RIGHTS:** The Arkansas Department of Workforce Services Law provides that a party entitled to this notice may file an appeal within **20 days** after the mailing of this notice to his last known address. An appeal may be filed by either completing a written appeal form (which may be obtained from any Department of Workforce Services office) or by writing to the Arkansas Appeal Tribunal, P.O. Box 8013, Little Rock, AR 72203. If an appeal is filed, please attach a copy of this form to the appeal letter. All correspondence relating to an appeal should include the claimant's social security number. If any app_____ claimant should continue to file weekly claims while unemployed to protect his benefit r____

**DATE MAILED:** MARCH 24, 2006   DWS-Ark-526F (Rev. 09-05)

**EXHIBIT 3**

Page 1 of 2

# FRAUD OVERPAYMENT WORKSHEET

CLAIMANT: Jerry D. Johnson    SOCIAL SECURITY NO.: 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
ADDRESS: P.O. Box 7743    Springdale, Ar 72766
EMPLOYER: _____

PROGRAM: 07-1    BENEFIT YEAR: 04-4    WBA 310    MBA 7706
SOURCE: SO Suspicion    LOCAL OFFICE: 00050

| WEEK ENDING DATE | WAGES Reported | WAGES Earned | BENEFITS Paid | BENEFITS Due | |
|---|---|---|---|---|---|
| 10-16-04 | 120.00 | 174.00 | VWP | | |
| 10-30-04 | 298.00 | 454.20 | 136 | | |
| 11-06-04 | 190.00 | 219.60 | 244 | | |
| 11-13-04 | 170.50 | 378.20 | 263 | | |
| 11-27-04 | 80.00 | 211.40 | 310 | | |
| 12-11-04 | 190.00 | 328.00 | 244 | | |
| 12-25-04 | 90.00 | 241.40 | 310 | | |
| 01-01-05 | 120.00 | 333.20 | 310 | | OVERPAYMENT CODE |
| 01-15-05 | 60.00 | 65.40 | 310 | | 071-F-01 |
| 01-22-05 | 120.00 | 307.20 | 310 | | |
| 01-29-05 | 110.00 | 299.00 | 310 | | |
| 02-05-05 | 80.00 | 90.20 | 310 | | FRAUD: |
| 02-19-05 | 120.00 | 365.20 | 310 | | ADM. PEN.: |
| 02-26-05 | 160.00 | 327.40 | 274 | | OTHER: |
| COMMENTS: | | TOTALS | | | TOTAL O.P.: |
| ACA 11-10-519 (2)(A)D | | | | | INTERVIEWER: Ron Jan  DATE: 03-15-06 |

EXHIBIT 4

Page 2 of 2

## FRAUD OVERPAYMENT WORKSHEET

CLAIMANT: Jerry D. Johnson        SOCIAL SECURITY NO.: 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

ADDRESS: _____

EMPLOYER: _____

PROGRAM: 07-1    BENEFIT YEAR: 04-4    WBA: 310    MBA: 7706

SOURCE: PO Suspicion    LOCAL OFFICE: 00050

| WEEK ENDING DATE | WAGES Reported | WAGES Earned | BENEFITS Paid | BENEFITS Due | |
|---|---|---|---|---|---|
| 03-05-05 | 120.00 | 314.00 | 310 | | |
| 03-12-05 | 130.00 | 175.00 | 304 | | |
| 03-19-05 | 140.00 | 225.40 | 294 | | |
| 03-26-05 | 50.00 | 61.60 | 310 | | |
| 04-02-05 | 180.00 | 869.00 | 254 | | |
| 04-09-05 | 180.00 | 336.20 | 254 | | |
| 04-16-05 | 360.00 | 578.40 | 74 | | |
| 04-30-05 | 150.00 | 256.20 | 284 | | OVERPAYMENT CODE |
| 05-07-05 | 240.00 | 456.00 | 194 | | 071-F-01 |
| 05-21-05 | 240.00 | 432.60 | 194 | | |
| 05-28-05 | 120.00 | 215.20 | 310 | | |
| | | | | | FRAUD: |
| | | | | | ADM. PEN.: |
| | | | | | OTHER: |
| COMMENTS: | | TOTALS | 6423 | | TOTAL O.P.: |
| ACA 11-10-519(2)(A) D | | | | | INTERVIEWER: Ron Fan |
| | | | | | DATE: 03-15-06 |

EXHIBIT 5